IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:24-cv-4935 <br><br> Judge Manish S. Shah |

**PLAINTIFF'S *EX PARTE* MOTION
TO EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2), Plaintiff Roadget Business Pte. Ltd. ("Roadget") respectfully requests this Court extend the Temporary Restraining Order ("TRO") at Dkt. 17 by 14 days to July 15, 2024. In support of its request, Roadget states as follows:

1. Roadget filed this action for copyright infringement against Defendants, foreign sellers on the e-commerce website Temu, on June 13, 2024. Dkt. 1. Simultaneously, Roadget filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order against Defendants, seeking to enjoin the unauthorized use of Roadget's copyrights, as well as a temporary asset restraint, expedited discovery, and email service of process. Dkt. 11.

2. This Court granted the TRO on June 17, 2024, noting that "if defendants were informed of this proceeding before a TRO could issue, assets would likely be redirected, defeating plaintiff's interests in identifying defendants, stopping the infringement, and obtaining an accounting." Dkt. 16. The Order expires on July 1, 2024. Dkt. 17.

3. On receipt of the sealed TRO, Roadget promptly served the TRO on third party Temu. Because of the holiday on Wednesday, June 19, Temu received the documents on Thursday, June 20, 2024. Temu has until June 27, 2024, to comply with the TRO by, among other things, providing Defendants' contact information so that they may be served, and confirming that Defendants' assets have been restrained. Dkt. 17 ¶ 4.

4. Under Rule 65(b)(2), this Court may extend the TRO by 14 days for "good cause." Good cause can be established by showing that circumstances have not yet changed—that the grounds on which the original TRO was granted still exist. *Britt Interactive LLC v. A3 Media LLC*, No. 1:16-cv-02884-TWP-MJD, 2016 WL 6405635, at *2–3 (S.D. Ind. Oct. 31, 2016). Rule 65(b)(2) states that the TRO may be extended for a "like period," which courts interpret to mean an additional two weeks. *H-D Mich., LLC v. Hellenic Duty Free Shops S.A.*, No. 2:11-CV-00742, 2011 WL 4368418, at *1 (E.D. Wis. Sept. 19, 2011).

5. Roadget has not yet received information from Temu regarding Defendants pursuant to the TRO. Roadget needs this information in order to serve Defendants, prepare a motion for preliminary injunction, and notify Defendants of the motion for preliminary injunction as required by Rule 65(a)(1). Therefore, good cause exists to extend the TRO: Roadget needs additional time to receive data from Temu, evaluate that data, and file a motion for preliminary injunction.

6. Good cause also exists to extend the TRO because the facts necessitating the TRO have not changed. As this Court agreed in granting the TRO, because Defendants are not associated with any known companies, they can shut down one alias and switch to another—or move their assets to offshore bank accounts—unless a TRO and asset restraint remain in effect. Therefore, the grounds on which the original TRO was granted will still exist when it expires on

July 1, 2024.

7. Accordingly, Roadget respectfully requests that this Court extend the TRO by 14 days to July 15, 2024.

June 24, 2024                                                    Respectfully submitted,

                                                           By: */s/ Steven J. Horowitz*
                                                           Steven J. Horowitz
                                                           Matthew D. Binder
                                                           Deepa A. Chari
                                                           Taylor Wilson
                                                           Michael Springer-Ingram
                                                           **SIDLEY AUSTIN LLP**
                                                           One South Dearborn Street
                                                           Chicago, IL 60603
                                                           (312) 853-7000
                                                           shorowitz@sidley.com
                                                           mbinder@sidley.com
                                                           dchari@sidley.com
                                                           twilson@sidley.com
                                                           mspringeringram@sidley.com

                                                           *Counsel for Plaintiff*
                                                           *Roadget Business Pte. Ltd*