# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:24-cv-4935<br><br>The Honorable Manish S. Shah |

## NOTICE OF PLAINTIFF'S *EX PARTE* MOTION
## TO EXTEND THE TEMPORARY RESTRAINING ORDER

**Please take notice** that on **THURSDAY, JUNE 27, 2024, at 9:45 A.M.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Manish S. Shah, or any Judge sitting in his stead, and present Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order.

June 24, 2024

Respectfully submitted,

 /s/ *Steven J. Horowitz*
Steven J. Horowitz
Matthew D. Binder
Deepa A. Chari
Taylor Wilson
Michael Springer-Ingram
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
shorowitz@sidley.com

mbinder@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com
mspringeringram@sidley.com

*Counsel for Plaintiff*
*Roadget Business Pte. Ltd.*