## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Roadget Business Pte. Ltd.

                                      Plaintiff,

v.

                                      Case No.: 1:24−cv−04935

                                      Honorable Manish S. Shah

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2024:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. For the reasons stated in open court, the motion to convert the temporary restraining order into a preliminary injunction [28] is granted, pending consideration of the motion for preliminary injunction and assets restraint issue. The Clerk's Office is directed to unseal any previously sealed documents except [27] and [31]. Plaintiff's counsel is directed to add all defendants listed on Schedule A to the court';s docket within three business days. Instructions on how to do so may be located on the court's website at www.ilnd.uscourts.gov/instructions. Defendants' response to the motion for preliminary injunction [29] is due 7/22/24. Plaintiff#039;s reply is due 7/29/24. Plaintiff's response to the motion to modify the asset restraint [24] is due 7/29/24. Defendants' reply is due 8/5/24. The motions for leave to file exhibits under seal [26] and [30] are granted, subject to the court lifting the seal after it rules on the preliminary injunction and asset restraint. Temu has leave to file a position statement regarding the seal by 8/5/24. No appearance on 7/17/24 is necessary and the hearing is stricken. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.