IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATEDASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>Defendants. | No. 24-cv-4935<br><br>Honorable Manish S. Shah |

**(AGREED) DEFENDANTS' MOTION FOR EXTENSION
TO FILE RESPONSE TO PRELIMINARY INJUNCTION
MOTION**

NOW COME Defendant Nos. 1, 2, 4, 5, 9, 11, 12, 13, 14, 15, and 16, respectively, Yohad, VolcanoPJ, Happy Sleeping, AINK, UNYS, The One Queen, TMayfzc, jin Wang, March th, Shenghong Pajama Clothing Store, and MOKAJUN ("Defendants"), through counsel, and request a seven-day extension to file their response to Plaintiff's Motion for Preliminary Injunction. In support, Defendants state as follows:

1. The Plaintiff filed its Motion for Preliminary Injunction on July 8, 2024. Doc. 29.

2. The Court subsequently set a briefing schedule on the Motion. Doc. 33

3. The Defendants' Response is currently due July 22, 2024. Doc. 33

4. The Defendants now request a seven-day extension from the July 22 due

date, until July 29, 2024.

5. The undersigned counsel contacted counsel for the Plaintiff regarding this extension, and Plaintiff does not object.

6. Accordingly, the Defendants respectfully request the Court grant the Defendants a seven-day extension to file their response.

WHEREFORE, for the foregoing reasons, the Defendants respectfully request this Honorable Court enter an Order: Extending the date on which their response to Plaintiff's Motion for Preliminary Injunction is due 7 days to July 29, 2024.

July 19, 2024  Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 19, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

    Respectfully submitted,

    <u>s/ Christopher Keleher</u>

    Christopher Keleher
    The Keleher Appellate Law
    Group, LLC
    1 East Erie Street
    Suite 525
    Chicago, IL 60611
    312-448-8491
    ckeleher@appellatelawgroup.com