# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| Roadget Business Pte. Ltd, <br>       Plaintiff, <br><br> v. <br><br> The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint, <br><br>       Defendants. | Case Number: 24-cv-4935 <br><br> Hon. Manish S. Shah |

## NOTICE OF MOTION

Please take notice that on Wednesday, July 31, 2024, Defendant Nos. 1, 2, 4, 5, 9, 11, 12, 13, 14, 15, and 16, respectively, Yohad, VolcanoPJ, Happy Sleeping, AINK, UNYS, The One Queen, TMsyfzc, jin Wang, March th, Shenghong Pajama Clothing Store, and MOKAJUN, through the undersigned counsel, shall appear before the Honorable Manish S. Shah in Courtroom 1919 at 9:45 a.m. at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Defendants' (AGREED) Motion for for Extension of Time to file Response to Preliminary Injunction Motion.

July 19, 2024      Respectfully submitted,

            s/ Christopher Keleher

            Christopher Keleher
            The Keleher Appellate Law Group, LLC

1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on July 19, 2024 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com