**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATEDASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO <br><br> Defendants. | No. 24-cv-4935 <br><br> Honorable Manish S. Shah |

**(AGREED) DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY SUPPORTING MOTION TO MODIFY THE ASSEST RESTRAINT**

NOW COME Defendant Nos. 1, 2, 4, 5, 9, 11, 12, 13, 14, 15, and 16, respectively, Yohad, VolcanoPJ, Happy Sleeping, AINK, UNYS, The One Queen, TMayfzc, jin Wang, March th, Shenghong Pajama Clothing Store, and MOKAJUN ("Defendants"), through counsel, and request a seven-day extension to file their reply in support of their motion to modify the asset restraint. In support, Defendants state as follows:

1. The Plaintiff filed its Motion to Modify the Asset Restraint on July 8, 2024. Doc. 24.

2. The Court subsequently set a briefing schedule on the Motion. Doc. 33.

3. The Plaintiff responded to Defendants' Motion on July 29, 2024. Doc. 55.

4. The Defendants' Reply is currently due August 5, 2024. Doc. 33

5. The Defendants now request a seven-day extension from the August 5 due date, until August 12, 2024.

6. The undersigned counsel contacted counsel for the Plaintiff regarding this extension, and Plaintiff does not object.

WHEREFORE, for the foregoing reasons, the Defendants respectfully request this Honorable Court enter an Order: Extending the date on which their reply in support of their Motion to Modify the Asset Restraint is due 7 days to August 12, 2024.

August 3, 2024                    Respectfully submitted,

                                        s/ Christopher Keleher

                                        Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 3, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law
Group, LLC
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com