# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO <br><br> Defendants. | No. 24-cv-4935 <br><br> Honorable Georgia N. Alexakis |

## (AGREED) DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

NOW COME Defendant Nos. 1, 2, 4, 5, 9, 11, 12, 13, 14, 15, and 16, respectively, Yohad, VolcanoPJ, Happy Sleeping, AINK, UNYS, The One Queen, TMayfzc, jin Wang, March th, Shenghong Pajama Clothing Store, and MOKAJUN ("Defendants"), through counsel, and request a 14-day extension to answer or otherwise plead to Plaintiff's Amended Complaint. In support, Defendants state as follows:

1. On August 5, 2024, the Plaintiff filed an Amended Complaint. *See* ECF No. 72.

2. On August 6, 2024, the Court entered an order requiring the Defendants to respond to the Amended Complaint by August 27, 2024. *See* ECF No. 73.

3. Subsequently, counsel for Plaintiff has informed the Defendants they will be filing a Second Amended Complaint.

4. To save resources, the parties agreed to forego answering the Amended Complaint, and wait until the Second Amended Complaint is filed, which Plaintiff expects to file next week.

5. Accordingly, the Defendants respectfully request the Court grant them 14 days to respond to the Second Amended Complaint.

6. The Plaintiff agrees to this extension request.

WHEREFORE, the Defendants respectfully request the Court extend the time 14 days to answer the Plaintiff's Amended Complaint.

August 27, 2024                    Respectfully submitted,

<div style="margin-left: 40%;">

<u>s/ Christopher Keleher</u>
The Keleher Appellate Law Group, LLC
1 E. Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

Lan Li
Anchor Law LLC
1 E. Erie St., Suite 525
Chicago, IL 60611
312-718-6573
lan.li@anchorlawllc.com

</div>

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 27, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law
Group, LLC
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com