### DECLARATION OF FEIPENG LUO

I, Feipeng Luo, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1.  I am a resident of the People's Republic of China and I am over the age of 18.

2.  I am the legal representative of Yiwu Ranchuang Trading Co., Ltd., incorporated in October 2020, which operates an on-line storefront on the platform TEMU.com (hereafter the "Platform"). The name of our on-line storefront is "Yohad", which is identified as Defendant 1 on Schedule A to Plaintiff's Complaint.

3.  I am the operator and principal of this storefront.

4.  I have personal knowledge of and I am competent to testify about the facts set forth herein.

5.  We have never concealed our identity, and we can be contacted by the Plaintiff through the platform at any time.

6.  We do not coordinate with the platform or any other defendant storefront or operator, and we independently determine what content to display for our products.

7.  We started to sell products on the platform from May 2023. After our diligent efforts, our storefront has received an overall score of 4.8 stars (out of 5 stars) in TEMU.com customer reviews, with about 4,136 positive reviews of more than 4 star (out of 4,372 total reviews) and more than 1000 followers.

8.  Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9.  We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

10. As of July 23, 2024, the total amount frozen in our storefronts' accounts related to this case has

reached $$652.23.

11. We were contacted by the Plaintiff before the lawsuit and asked to discontinue our operations on the Platform, though no infringement was alleged at that time. We complied with Plaintiff's request and no longer operate on the Platform.

*(Signature page to follow)*

Executed on: 2024. 7. 28          *Luo Fei Peng*

BY: Feipeng Luo

Signature Page to Declaration

**DECLARATION OF CONGYAN ZHU**

I, CONGYAN ZHU, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of the People's Republic of China and I am over the age of 18.

2. I am the operator of Shenzhen Baoan District Shunyi Clothing Factory (individual industrial and commercial household), incorporated in October 2023, which operates an on-line storefront on the platform TEMU.com (hereafter the "Platform"). The name of our on-line storefront is "VolcanoPJ", which is identified as Defendant 2 on Schedule A to Plaintiff's Complaint.

3. I am the operator and principal of this storefront.

4. I have personal knowledge of and I am competent to testify about the facts set forth herein.

5. We have never concealed our identity, and we can be contacted by the Plaintiff through the platform at any time.

6. We do not coordinate with the platform or any other defendant storefront or operator, and we independently determine what content to display for our products.

7. We started to sell products on the platform from January 2024. After our diligent efforts, our storefront has received an overall score of 4.8 stars (out of 5 stars) in TEMU.com customer reviews, with about 2,091 positive reviews of more than 4 star (out of 2,180 total reviews) and 134 followers.

8. Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9. Upon the issuance of the TRO, we immediately discontinued the use of the photograph claimed by the Plaintiff and ceased the sale of the related product. We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

1

10. As of July 23, 2024, the total amount frozen in our storefronts' accounts related to this case has reached $140,510.99. The freezing of our storefronts' accounts has significantly and adversely affected our ability to operate our business.

*(Signature page to follow)*

2

Executed on: _2024. 7. 28_          _CONGYAN ZHU_

BY: CONGYAN ZHU

Signature Page to Declaration

## DECLARATION OF QIMENG XU

I, Qimeng Xu, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of the People's Republic of China and I am over the age of 18.

2. I am the operator of Shenzhen Luohu District Ou Shangmei Clothing Store, incorporated in September 2017, which operates an on-line storefront on the platform TEMU.com (hereafter the "Platform"). The name of our on-line storefront is "Happy sleeping", which is identified as Defendant4 on Schedule A to Plaintiff's Complaint.

3. I am the operator and principal of this storefront.

4. I have personal knowledge of and I am competent to testify about the facts set forth herein.

5. We have never concealed our identity, and we can be contacted by the Plaintiff through the platform at any time.

6. We do not coordinate with the platform or any other defendant storefront or operator, and we independently determine what content to display for our products.

7. We started to sell products on the platform from February 2024. After our diligent efforts, our storefront has received an overall score of 4.9 stars (out of 5 stars) in TEMU.com customer reviews, with about 6,366 positive reviews of more than 4 star (out of 6,523 total reviews) and 295 followers.

8. Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9. Upon the issuance of the TRO, we immediately discontinued the use of the photograph claimed by the Plaintiff and ceased the sale of the related product. We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

1

10. As of July 23, 2024, the total amount frozen in our storefronts' accounts related to this case has reached $18,375.26. The freezing of our storefronts' accounts has significantly and adversely affected our ability to operate our business.

*(Signature page to follow)*

2

Executed on: _2024, 7. 28_     Qimeng Xu

BY: Qimeng Xu

Signature Page to Declaration

### DECLARATION OF NA LIU

I, Na Liu, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of the People's Republic of China and I am over the age of 18.

2. I am the operator of Guangzhou Aoxiang Clothing Factory, incorporated in May 2020, which operates an on-line storefront on the platform TEMU.com (hereafter the "Platform"). The name of our on-line storefront is "AINK", which is identified as Defendant 5 on Schedule A to Plaintiff's Complaint.

3. I am the operator and principal of this storefront.

4. I have personal knowledge of and I am competent to testify about the facts set forth herein.

5. We have never concealed our identity, and we can be contacted by the Plaintiff through the platform at any time.

6. We do not coordinate with the platform or any other defendant storefront or operator, and we independently determine what content to display for our products.

7. We started to sell products on the platform from February 2023. After our diligent efforts, our storefront has received an overall score of 4.7 stars (out of 5 stars) in TEMU.com customer reviews, with about 11,633 positive reviews of more than 4 star (out of 12,563 total reviews) and 934 followers.

8. Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9. Upon the issuance of the TRO, we immediately discontinued the use of the photograph claimed by the Plaintiff and ceased the sale of the related product. We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

1

10. As of July 23, 2024, the total amount frozen in our storefronts' accounts related to this case has reached $13,692.86. The freezing of our storefronts' accounts has significantly and adversely affected our ability to operate our business.

*(Signature page to follow)*

Executed on: __2024.7.28__          _____ Na Liu _____

BY: Na Liu

Signature Page to Declaration

## DECLARATION OF XIAOLI WU

I, XIAOLI WU, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of the People's Republic of China and I am over the age of 18.

2. I am the legal representative of Guangzhou Yisi Clothing Co., Ltd., incorporated in March 2022, which operates an on-line storefront on the platform TEMU.com (hereafter the "Platform"). The name of our on-line storefront is "UNYS", which is identified as Defendant 9 on Schedule A to Plaintiff's Complaint.

3. I am the operator and principal of this storefront.

4. I have personal knowledge of and I am competent to testify about the facts set forth herein.

5. We have never concealed our identity, and we can be contacted by the Plaintiff through the platform at any time.

6. We do not coordinate with the platform or any other defendant storefront or operator, and we independently determine what content to display for our products.

7. We started to sell products on the platform from August 2023. After our diligent efforts, our storefront has received an overall score of 4.7 stars (out of 5 stars) in TEMU.com customer reviews, with about 5,875 positive reviews of more than 4 star (out of 6,442 total reviews) and 967 followers.

8. Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9. Upon the issuance of the TRO, we immediately discontinued the use of the photograph claimed by the Plaintiff and ceased the sale of the related product. We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

1

10. As of July 23, 2024, the total amount frozen in our storefronts' accounts related to this case has reached $278,335.43. The freezing of our storefronts' accounts has significantly and adversely affected our ability to operate our business.

*(Signature page to follow)*

Executed on: _XiAoLi WU_     _2024.07.28_

BY: XIAOLI WU

## DECLARATION OF JUN ZHOU

I, Jun Zhou, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of the People's Republic of China and I am over the age of 18.

2. I am the operator of Guangzhou Yifeimeng Clothing Store, incorporated in September 2023, which operates an on-line storefront on the platform TEMU.com (hereafter the "Platform"). The name of our on-line storefront is "TheOneQueen", which is identified as Defendant 11 on Schedule A to Plaintiff's Complaint.

3. I am the operator and principal of this storefront.

4. I have personal knowledge of and I am competent to testify about the facts set forth herein.

5. We have never concealed our identity, and we can be contacted by the Plaintiff through the platform at any time.

6. We do not coordinate with the platform or any other defendant storefront or operator, and we independently determine what content to display for our products.

7. We started to sell products on the platform from November 2023. After our diligent efforts, our storefront has received an overall score of 4.9 stars (out of 5 stars) in TEMU.com customer reviews, with about 13,035 positive reviews of more than 4 star (out of 13,328 total reviews) and 469 followers.

8. Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9. Upon the issuance of the TRO, we immediately discontinued the use of the photograph claimed by the Plaintiff and ceased the sale of the related product. We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

1

10. As of July 23, 2024, the total amount frozen in our storefronts' accounts related to this case has reached $48,500.71. The freezing of our storefronts' accounts has significantly and adversely affected our ability to operate our business.

*(Signature page to follow)*

2

Executed on: 2024. 7. 28          Jun Zhou

BY: Jun Zhou

Signature Page to Declaration

### DECLARATION OF SHAOBING LI

I, Shaobing Li, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of the People's Republic of China and I am over the age of 18.

2. I am the operator of Tianmen Shaoyin Garment Factory, incorporated in June 2023, which operates an on-line storefront on the platform TEMU.com (hereafter the "Platform"). The name of our on-line storefront is "TMsyfzc", which is identified as Defendant 12 on Schedule A to Plaintiff's Complaint.

3. I am the operator and principal of this storefront.

4. I have personal knowledge of and I am competent to testify about the facts set forth herein.

5. We have never concealed our identity, and we can be contacted by the Plaintiff through the platform at any time.

6. We do not coordinate with the platform or any other defendant storefront or operator, and we independently determine what content to display for our products.

7. We started to sell products on the platform from December 2023. After our diligent efforts, our storefront has received an overall score of 4.7 stars (out of 5 stars) in TEMU.com customer reviews, with about 3,552 positive reviews of more than 4 star (out of 3,886 total reviews) and 495 followers.

8. Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9. Upon the issuance of the TRO, we immediately discontinued the use of the photograph claimed by the Plaintiff and ceased the sale of the related product. We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

1

10. As of July 23, 2024, the total amount frozen in our storefronts' accounts related to this case has reached $20,859.20. The freezing of our storefronts' accounts has significantly and adversely affected our ability to operate our business.

*(Signature page to follow)*

Executed on: **2024.7.28**   Shaobing Li

BY: Shaobing Li

Signature Page to Declaration

## DECLARATION OF SHILING WANG

I, Shiling Wang, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of the People's Republic of China and I am over the age of 18.

2. I am the operator of an on-line storefront on TEMU.com, "jin Wang", which is identified as Defendant 13 on Schedule A to Plaintiff's Complaint.

3. I am the operator and principal of this storefront.

4. I have personal knowledge of and I am competent to testify about the facts set forth herein.

5. I have never concealed my identity, and I can be contacted by the Plaintiff through the platform at any time.

6. I do not coordinate with the platform or any other defendant storefront or operator, and I independently determine what content to display for our products.

7. I started to sell products on the platform from February 2023. After our diligent efforts, our storefront has received an overall score of 4.7 stars (out of 5 stars) in TEMU.com customer reviews, with about 1,056 positive reviews of more than 4 star (out of 1,144 total reviews) and 471 followers.

8. Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9. Upon the issuance of the TRO, we immediately discontinued the use of the photograph claimed by the Plaintiff and ceased the sale of the related product. We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

10. As of July 23, 2024, the total amount frozen in our storefronts' accounts related to this case has reached $2,282.71. The freezing of our storefronts' accounts has significantly and adversely

affected our ability to operate our business.

*(Signature page to follow)*

Executed on: __7024.7.28__      __wary shi liny_____

**BY: Shiling Wang**

**Signature Page to Declaration**

## DECLARATION OF HENGJUN WANG

I, Hengjun Wang, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of the People's Republic of China and I am over the age of 18.

2. I am the legal representative of Guangzhou Sanmu Cross-sea Clothing Trading Co., Ltd., incorporated in June 2019, which operates an on-line storefront on the platform TEMU.com (hereafter the "Platform"). The name of our on-line storefront is "March th", which is identified as Defendant 14 on Schedule A to Plaintiff's Complaint.

3. I am the operator and principal of this storefront.

4. I have personal knowledge of and I am competent to testify about the facts set forth herein.

5. We have never concealed our identity, and we can be contacted by the Plaintiff through the platform at any time.

6. We do not coordinate with the platform or any other defendant storefront or operator, and we independently determine what content to display for our products.

7. We started to sell products on the platform from January 2024. After our diligent efforts, our storefront has received an overall score of 4.8 stars (out of 5 stars) in TEMU.com customer reviews, with about 569 positive reviews of more than 4 star (out of 610 total reviews) and 85 followers.

8. Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9. Upon the issuance of the TRO, we immediately discontinued the use of the photograph claimed by the Plaintiff and ceased the sale of the related product. We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

1

10. As of July 23, 2024, the total amount frozen in our storefronts' accounts related to this case has reached $52,765.65. The freezing of our storefronts' accounts has significantly and adversely affected our ability to operate our business.

*(Signature page to follow)*

Executed on: 2024. 7. 28          Hengjun Wang

BY: Hengjun Wang

Signature Page to Declaration

## DECLARATION OF YULUO ZHANG

I, Yuluo Zhang, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1.  I am a resident of the People's Republic of China and I am over the age of 18.

2.  I am the legal representative of Guangzhou Shenghong Garment Co., Ltd., incorporated in April 2021, which operates an on-line storefront on the platform TEMU.com (hereafter the "Platform"). The name of our on-line storefront is "Shenghong Pajama Clothing Store", which is identified as Defendant 15 on Schedule A to Plaintiff's Complaint.

3.  I am the operator and principal of this storefront.

4.  I have personal knowledge of and I am competent to testify about the facts set forth herein.

5.  We have never concealed our identity, and we can be contacted by the Plaintiff through the platform at any time.

6.  We do not coordinate with the platform or any other defendant storefront or operator, and we independently determine what content to display for our products.

7.  We started to sell products on the platform from February 2024. After our diligent efforts, our storefront has received an overall score of 4.8 stars (out of 5 stars) in TEMU.com customer reviews, with about 1,657 positive reviews of more than 4 star (out of 1,739 total reviews) and 234 followers.

8.  Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9.  Upon the issuance of the TRO, we immediately discontinued the use of the photograph claimed by the Plaintiff and ceased the sale of the related product. We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

1

10.  As of July 23, 2024, the total amount frozen in our storefronts' accounts related to this case has reached $19,107.95. The freezing of our storefronts' accounts has significantly and adversely affected our ability to operate our business.

*(Signature page to follow)*

Executed on: Yuluo Zhang

BY: Yuluo Zhang

## DECLARATION OF ZIXUE GUO

I, Zixue Guo, having personal knowledge of the matters set forth below, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am a resident of the People's Republic of China and I am over the age of 18.

2. I am the operator of Hanchuan Mokajun Clothing Store, incorporated in April 2023, which operates an on-line storefront on the platform TEMU.com (hereafter the "Platform"). The name of our on-line storefront is "MOKAJUN", which is identified as Defendant 16 on Schedule A to Plaintiff's Complaint.

3. I am the operator and principal of this storefront.

4. I have personal knowledge of and I am competent to testify about the facts set forth herein.

5. We have never concealed our identity, and we can be contacted by the Plaintiff through the platform at any time.

6. We do not coordinate with the platform or any other defendant storefront or operator, and we independently determine what content to display for our products.

7. We started to sell products on the platform from August 2023. After our diligent efforts, our storefront has received an overall score of 4.7 stars (out of 5 stars) in TEMU.com customer reviews, with about 9,063 positive reviews of more than 4 star (out of 9,724 total reviews) and more than 1900 followers.

8. Prior to this lawsuit, we had not received any notice of the alleged infringement, nor were we aware of the Plaintiff's claimed copyright in the photograph involved in this case.

9. Upon the issuance of the TRO, we immediately discontinued the use of the photograph claimed by the Plaintiff and ceased the sale of the related product. We commit to refraining from using any photograph that are the subject of this lawsuit for its duration.

1

10. As of July 23, 2024, the total amount frozen in our storefront's account related to this case has reached $48,295.07. The freezing of our storefront's account has significantly and adversely affected our ability to operate our business.

*(Signature page to follow)*

Executed on: _Zixue Guo_ _____

BY: Zixue Guo

Signature Page to Declaration