**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., | |
| Plaintiff, | No. 24 CV 4935 |
| vs. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | Judge Georgia N. Alexakis |
| Defendants. | |

**ORDER MODIFYING TEMPORARY RESTRAINING ORDER**

The Temporary Restraining Order at Dkt. 17 is hereby modified to set the restraint of certain Defendants' assets to the amounts reflected in the below table:

| Defendant No. | Store Name | Amount of Modified Asset Restraint |
|---|---|---|
| 1 | Yohad | $31,118.22 |
| 2 | VolcanoPJ | $3,478.81 |
| 4 | Happy sleeping | $1,049.53 |
| 5 | AINK | $1,410.09 |
| 9 | UNYS | $2,287.67 |
| 11 | The One Queen / youth in full bloom | $2,037.64 |
| 12 | TMsyfzc | $453.93 |
| 13 | jin Wang | $940.73 |
| 14 | March th | $3,097.17 |
| 15 | Shenghong Pajama Clothing Store | $8,452.81 |
| 16 | MOKAJUN | $1,515.13 |

1

ENTERED:     10/16/24

_____
Georgia N. Alexakis
United States District Judge