IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD.,<br><br>        Plaintiff,<br><br>vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>        Defendants. | Case No.: 1:24-cv-04935<br><br>**Judge Georgia N. Alexakis** |

## **PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AND RELEASE OF BOND**

Plaintiff Roadget Business Pte. Ltd. ("Roadget") respectfully moves for entry of final judgment in this action pursuant to Fed. R. Civ. P. 58(d) in the form of the proposed order attached hereto as Exhibit 1. In support of its request, Roadget states as follows:

1. Roadget filed this action against the sixteen Defendants listed on Schedule A to the Second Amended Complaint on September 5, 2024. Dkt. Nos. 81 and 81-1.

2. This Court dismissed all Defendants in this suit, the last of which was Defendant No. 9, Guangzhouyisifusshi Co., Ltd. d/b/a UNYS, dismissed on December 6, 2024. The dismissal of Defendant No. 9 ends this action.

3. Pursuant to Fed. R. Civ. P. 58(d), Roadget respectfully requests entry of an order of final judgment in the form of the proposed order attached hereto as Exhibit 1.

4. The Clerk of Court's Fiscal Department advised counsel for Roadget that an order of final judgment specifying the principal amount of the bond, accounting for any accrued

1

Case: 1:24-cv-04935 Document #: 144 Filed: 12/06/24 Page 2 of 2 PageID #:1292

interest, and identifying to whom the bond should be released is necessary to obtain the return of a cash bond.

5. Roadget also requests the release of its cash bond submitted to the Court pursuant to its Temporary Restraining Order (Dkt. No. 16).

6. At the time of filing, a Proposed Order will be submitted to Proposed_Order_Alexakis@ilnd.uscourts.gov.

Dated: December 6, 2024

Respectfully submitted,

/s/ Steven J. Horowitz
Steven J. Horowitz
Deepa A. Chari
Taylor J. Wilson
Michael C. Springer-Ingram
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com
mspringeringram@sidley.com

*Counsel for Plaintiff Roadget Business Pte. Ltd.*

2